1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: ED 14 393M |
| | ) | |
| Plaintiff, | ) | ORDER OF DETENTION PENDING |
| v. | ) | FURTHER REVOCATION |
| | | PROCEEDINGS |
| | | (FED.R. CRIM. P.32.1(a)(6); 18 |
| STEVEN B. GARY, | ) | U.S.C. § 3143(a) (1)) |
| Defendant. | ) | |
| | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  Eastern  District of  Michigan  for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143(a) (1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

  (x) information in the Pretrial Services Report and Recommendation

  (x) information in the violation petition and report(s)

  (x) the defendant's nonobjection to detention at this time

  ( ) other: _____

    and/or

1  B. (X)    The defendant has not met his/her burden of establishing by clear and
2           convincing evidence that he/she is not likely to pose a danger to the safety
3           of any other person or the community if released under 18 U.S.C. §
4           3142(b) or (c).  This finding is based on the following:
5           (x)  information in the Pretrial Services Report and Recommendation
6           (x)  information in the violation petition and report(s)
7           (x) the defendant's nonobjection to detention at this time
8             ( ) other: _____

10  IT THEREFORE IS ORDERED that the defendant be detained pending the further
11  revocation proceedings.

13  DATED: September 26, 2014         _____
                                      KENLY KIYA KATO
14                                    UNITED STATES MAGISTRATE JUDGE