FILED
CLERK, U.S. DISTRICT COURT

OCT 2 0 2015

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

1
2
3
4
5
6
7

8        UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: *EDCR04-00106-JGB* |
| Plaintiff, ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| v. ) | |
| *Steven Bernard Gary* ) | |
| Defendant. ) | |

16        The defendant having been arrested in this District pursuant to a warrant

17 issued by the United States District Court for the _Central_ District of

18 _California_ for alleged violation(s) of the terms and conditions of probation

19 or supervised release; and

20        Having conducted a detention hearing pursuant to Federal Rule of Criminal

21 Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22 A. (X)   The defendant has not met his/her burden of establishing by clear and

23        convincing evidence that he/she is not likely to flee if released under 18

24        U.S.C. § 3142(b) or (c).  This finding is based on the following:

25        (X)   information in the Pretrial Services Report and Recommendation

26        (X)   information in the violation petition and report(s)

27        (X)   the defendant's nonobjection to detention at this time

28        ( )   other: _____

1

1    and/ or

2  B. (X) The defendant has not met his/her burden of establishing by clear and

3        convincing evidence that he/she is not likely to pose a danger to the

4        safety of any other person or the community if released under 18 U.S.C.

5        § 3142(b) or (c).  This finding is based on the following:

6        (X) information in the Pretrial Services Report and Recommendation

7        (X) information in the violation petition and report(s)

8        (X) the defendant's nonobjection to detention at this time

9        ( )  other: _____

10

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further

12 revocation proceedings.

13

14 Dated:  October 20, 2015

15                                    SHERI PYM
                                 United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28